2010-50265-MOTN-ADS-1

**DEBT SOLUTIONS** PC
U. Mehi Aholelei-Aonga, SBN: 9743
ATTORNEY DEBT SOLUTIONS
25 Cadillac Drive, Suite 200
Sacramento, CA  95825
Ph: 916-979-6100
E-mail: maonga1@gmail.com

Attorney for Debtors:
BRIAN P. EGAN & KARIN E. EGAN

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA – RENO DIVISION

| In re:<br><br>BRIAN P. EGAN<br><br><br>KARIN E. EGAN,<br><br>                                    Debtors | Case No.: 10-50265-GWZ<br><br>Mtn. Ctrl. No. ADS-1<br><br>Hearing Date: April 9, 2010<br>Time: 2:00 P.M.<br>The Honorable Gregg W. Zive<br>Courtroom: 1<br>Estimated Time: 10 Min. |
|---|---|

## MOTION TO VALUE COLLATERAL OF

## GREEN TREE SERVICING

BRIAN P. EGAN and KARIN E. EGAN, the debtors and petitoners herein, hereby move this Court for an Order Valuing the Collateral held by Green Tree Servicing. In support of this Motion, the Debtors respectfully represent:

1. The Petitioners are the Debtors in Chapter 13 in the above-captioned bankruptcy case, having filed a petition for relief on January 29, 2010. William A. Van Meter has been duly appointed to serve as the Chapter 13 Trustee on this case.

2. This motion is brought pursuant to 11 U.S.C. §506(a) and (d) and Rule 3012 of the Federal Rules of Bankruptcy Procedure.

3. The Schedules filed in this case disclose the Debtors' interest in the real property located at 2361 Melody Lane, Reno, NV 89512 (hereinafter, the "ASSET"). The Debtors believe and assert that the reasonable, fair-market value of the ASSET is **$130,000.00**.

4. This asserted value is based on the opinions of the Debtors as well as Mark Rasmussen, a licensed certified real estate appraiser. The Declarations of the Debtors and Mark Rasmussen in support of this value are filed concurrently with this Motion and incorporated herein by reference.

5. The Schedules filed in this case also disclose a debt owed to **GREEN TREE SERVICING**.

6. The Debtors believe and assert that this creditor holds a valid security interest in the ASSET in the nature of a Second Deed of Trust.

7. The Debtors further believe and assert that the present balance owed by the Debtors to this creditor is **$65,875.00**.

8. As also shown in Schedule D of the filed case, there is a creditor that holds a superior security interest in the ASSET. Specifically, Homeq Servicing holds a superior secured claim totaling $188,739.00.

9. In summary

| | |
|---|---|
| Value of ASSET | $130,000.00 |
| Less: Superior lien | $188,739.00 |
| Adjusted Equity | **-$58,739.00** |
| Less: Debt owed to Green Tree Servicing | $65,875.00 |
| Net Equity | -$124,614.00 |

10. Based on the foregoing and the Declarations filed herewith, the Debtors assert that the value of the Second Deed of Trust security interest held by Green Tree Servicing is $0.00.

## RESTATEMENT

WHEREFORE, the Debtors request the Court to determine that the value of the Second Deed of Trust security interest, as held by Green Tree Servicing, in ASSET be set at $0.00.

## CERTIFICATION

I, U. Mehi Aholelei-Aonga, hereby certify under penalty of perjury that I have read the foregoing Motion to Value Collateral of Green Tree Servicing. I further certify that the contents thereof are true and correct to the best of my knowledge and belief. Executed at Reno, Washoe County, Nevada on February 25, 2010.

/s/ *U. Mehi Aholelei-Aonga*
U. Mehi Aholelei-Aonga
Attorney Debt Solutions